EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: | |
| Comisión para el Estudio y Evaluación de la Función Notarial en Puerto Rico; designación de miembros del Comité Asesor Permanente de Reglamento Notarial | 2020 TSPR 137<br><br>205 DPR _____ |

Número del Caso:  EC-2020-01


Fecha:  9 de noviembre de 2020


Materia:  Resolución del Tribunal.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Comisión para el Estudio y          EC-2020-01
Evaluación de la Función
Notarial en Puerto Rico;
designación de miembros del
Comité Asesor Permanente de
Reglamento Notarial

RESOLUCIÓN

En San Juan, Puerto Rico, a 9 de noviembre de 2020.

Mediante Resolución de 14 de diciembre de 2016, EC-2016-01, este Tribunal reconstituyó la Comisión para el Estudio y Evaluación de la Función Notarial en Puerto Rico (Comisión Notarial), adscrita al Secretariado de la Conferencia Judicial y Notarial (Secretariado), con el propósito de actualizar las propuestas de enmiendas al ordenamiento notarial que se nos presentaron en el *Informe de la Comisión para el Estudio y Evaluación de la Función Notarial en Puerto Rico* en el 2010 (Informe de 2010). En este proceso, y con el apoyo del Secretariado, la Comisión Notarial consideró las recomendaciones que surgieron durante la Segunda Sesión Ordinaria de la Conferencia Notarial de Puerto Rico en el 2015 y los comentarios escritos que sometieron varias dependencias adscritas a la Rama Judicial en torno al Informe de 2010. In re Com. Estudio y Eval. Fun. Notarial, 197 DPR 1 (2016).

En cumplimiento con lo requerido, el 30 de abril de 2019, la Comisión Notarial sometió ante la consideración de este Tribunal el *Segundo Informe de la Comisión para el Estudio y Evaluación de la Función Notarial en Puerto Rico*, cuya divulgación autorizamos por vía de Resolución. In re Enmiendas al Reglamento para la Admisión de Aspirantes al Ejercicio de la Abogacía y la Notaría; al Reglamento Notarial de

Puerto Rico; al Reglamento del Programa de Educación Jurídica Continua, y al Reglamento del Tribunal Supremo de Puerto Rico, 2020 TSPR 10. Con esta comparecencia, concluyó la encomienda de la Comisión Notarial.

Este Tribunal agradece la encomiable y dedicada labor realizada para descargar oportunamente la encomienda que les refirió a los y las profesionales de la notaría que integraron la Comisión Notarial, a saber:

1. Not. Dennis D. Martínez Colón, como su Presidente
2. Hon. Carmen E. Ávila Vargas
3. Profa. Belén Guerrero Calderón
4. Lcda. Carmen Hilda Carlos Cabrera
5. Lcdo. Israel Pacheco Acevedo
6. Lcdo. Héctor L. Torres Vilá
7. Lcdo. José M. Biaggi Junquera
8. Not. Arsenio Comas Rodón
9. Not. Edeli M. Placeres Miranda
10. Not. Rosibel Carrasquillo Colón
11. Not. Pedro M. Ortiz Bey
12. Prof. Ricardo J. Ramos González

Con miras a mantener la revisión continua del ordenamiento notarial puertorriqueño, se constituye por vez primera al Comité Asesor Permanente de Reglamento Notarial (Comité de Reglamento Notarial) creado desde el 1996. In re Conferencia Judicial I, 142 DPR 70 (1996). Este Comité quedará conformado por los notarios y las notarias que fungieron como miembros de la Comisión Notarial en reconocimiento a su compromiso al asesorar a este Tribunal, a su rigurosa labor en el descargue de las encomiendas delegadas y su trayectoria profesional como parte del notariado puertorriqueño.

La encomienda y esfera de actividad de este Comité será la que sigue:

(1) Considerar y revisar de manera continua el Reglamento Notarial vigente con el objetivo de elevar el estándar de calidad, transparencia, eficiencia y probidad moral de quienes ejercen la función notarial en Puerto Rico.

(2) Recomendar las enmiendas o modificaciones que sean propias o necesarias al Reglamento Notarial.

(3) Llevar a cabo cualquier otra encomienda que le delegue el Tribunal Supremo en relación con este asunto. In re Conferencia Judicial I, supra.

El Comité de Reglamento Notarial estará adscrito al Secretariado de la Conferencia Judicial y Notarial del

Tribunal Supremo de Puerto Rico y queda facultado para determinar su organización, procedimiento y funcionamiento interno, a los fines de cumplir con el propósito de su creación.

Esta Resolución tendrá vigencia inmediata.

Notifíquese a los y las miembros de la Comisión para el Estudio y Evaluación de la Función Notarial en Puerto Rico y a la Directora del Secretariado de la Conferencia Judicial y Notarial.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


José Ignacio Campos Pérez
Secretario del Tribunal Supremo